158

**William L. BENSON and William H. Hutcheson, Appellants, v. UNITED STATES of America, Appellee.**

No. 11363.

Circuit Court of Appeals, Ninth Circuit.

June 25, 1946.

Fred McDonald, of San Francisco, Cal., for appellants.

Frank J. Hennessy, U. S. Atty., and Reynold H. Colvin, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, BONE, and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeals in this cause be and hereby are dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Lola BROOKS, Administratrix of Estate of F. S. Brooks, Deceased, and John E. Dikis, Administrator of Estates of Robert E. Lee, Deceased, Leonard C. Lee, Deceased, and Homer C. Lee, Deceased, Appellants, v. James H. BREWSTER, Jr., et al., as Fort Scott Bondholders' Committee, et al.**

No. 13269.

Circuit Court of Appeals, Eighth Circuit.

June 19, 1946.

Rehearing Denied Sept. 4, 1946.

Chelsea O. Inman, of St. Louis, Mo., and Phil W. Davis, Jr., of Tulsa, Okl., for appellants.

Charles P. Williams, of St. Louis, Mo., Davis, Polk, Wardwell, Sunderland & Kiendl, Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, and James L. Homire, all of New York City, Lowenhaupt, Wait, Chasnoff & Stolar and Jacob Chasnoff, all of St. Louis, Mo., Hunton, Williams, Anderson, Gay & Moore, Henry W. Anderson, and George D. Gibson, all of Richmond, Va., Carter, Bull & Garstang and Emmet T. Carter, all of St. Louis, Mo., Cravath, Swain & Moore, Robert T. Swaine, and Leonard D. Adkins, all of New York City, Bryan, Cave, McPheeters & McRoberts and Thomas S. McPheeters, all of St. Louis Mo., White & Case and Fitzhugh McGrew, all of New York City, Fordyce, White, Mayne, William & Hartman and Thomas W. White, all of St. Louis, Mo., Rathbone, Perry, Kelley & Drye, and Alexander M. Lewis, all of New York City, Shepley, Kroeger, Fisse & Ingamells, Ethan A. H. Shepley, and William G. Pettus, Jr., all of St. Louis, Mo., and Milbank, Tweed, Hope, Hadley & McCloy and Orville W. Wood, all of New York City, for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellees.